IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIAD AKHTAR,

    Petitioner,                    No. CIV S-03-2674 MCE GGH P

    vs.

MIKE KNOWLES, Warden,

    Respondents.               ORDER

_____/

        Petitioner is proceeding with appointed counsel on a habeas petition pursuant to 28 U.S.C. § 2254. Based on petitioner's counsel's representations, set forth in the reconsideration request, construed as objections, filed on April 25, 2005, the court VACATES the April 25, 2005 findings and recommendations, recommending dismissal of this action for petitioner's failure to prosecute. Petitioner's April 25, 2005 request for a further, but more limited, extension of time is granted and petitioner must file an amended petition by thirty days from the date of this order. **NO FURTHER EXTENSION OF TIME WILL BE GRANTED.**

        **IT IS SO ORDERED.**

DATED: 5/3/05                             /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

GGH:009/akht2674.vac

1