IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIAD AKHTAR,                               No. CIV S-03-2674 MCE GGH P

       Petitioner,

   v.                                            ORDER

MIKE KNOWLES,

       Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 6, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

1

Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 6, 2005, are adopted in full;

2. Petitioner's motion for a stay and abeyance of the first amended petition is granted; petitioner is directed to seek exhaustion of the unexhausted claims in state court within 30 days; and petitioner is directed to file a notice of completed exhaustion within 30 days after ruling by the state supreme court; and

3. The Clerk of Court is directed to administratively close this case.

DATED: September 15, 2005

---
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2