Arfa, Attorney at Law
CA Bar No. 100143
10100 Santa Monica Blvd., #300
Los Angeles, CA 90067
Telephone: (310) 841-6805

Attorney for Petitioner
JAVIAD AKHTAR

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIAD AKHTAR, | ) Case No. |
| Petitioner, | ) CIV S-03-2674 MCE GGH |
| v. | ) ORDER GRANTING ENLARGEMENT OF TIME TO FILE A TRAVERSE TO RESPONDENT'S ANSWER |
| WILLIAM SULLIVAN,  Warden, | ) |
| Respondent. | ) |

Petitioner has requested a sixty  day extension of time in which file a Traverse to Respondent's Answer to Petitioner's First Amended Petition for Writ of Habeas Corpus.  GOOD CAUSE APPEARING, Petitioner is granted an extension of time to and including January 27, 2007, in which to file a Traverse to Respondent's Answer.

DATED:    12/12/06

/s/ Gregory G. Hollows

_____
The Honorable Gregory G. Hollows
Magistrate Judge, U.S. District Court

akht2674.po